**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEPHANIE DIAZ,

                            Plaintiff,                          23 **CIVIL** 10414 (BCM)

          -v-                                                    **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated July 16, 2024, that the action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings.

**Dated:** New York, New York
            July 17, 2024


                                                   **DANIEL ORTIZ**
                                        _____
                                                **Acting Clerk of Court**

                            **BY:**
                                        _____
                                                **Deputy Clerk**